IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| SHAWN ADAMS, #799067 | § |
| | § |
| v. | § CIVIL ACTION NO. G-03-576 |
| | § |
| DOUG DRETKE, DIRECTOR | § |
| OF TDCJ-CID | § |

### ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on May 27, 2005, to which Petitioner has not filed Objections despite being given several extensions of time to do so.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court is of the opinion that the Report and Recommendation should be **ACCEPTED**.

Accordingly, it is **ORDERED** that the " Petition for a Writ of Habeas Corpus" of Shawn Adams (Instrument No. 1) is **DISMISSED** as time-barred.

**DONE** at Galveston, Texas this 5th day of October, 2005.

Samuel B. Kent
United States District Judge