IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| SHAWN ADAMS, #799067 | § § | |
| v. | § § | CIVIL ACTION NO. G-03-576 |
| DOUG DRETKE, DIRECTOR OF TDCJ-CID | § § § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Order entered on the same date herewith, this action is **DISMISSED**.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas this 5th day of October, 2005.

_____
Samuel B. Kent
United States District Judge